IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV304-H

MARILYN B. SAMS,

       Plaintiff,       )
                                         )
   v.                          )   <u>O R D E R</u>
                                         )
MBNA AMERICA BANK, NATIONAL    )
ASSOCIATION,                       )
                                         )
       Defendant.      )
_____

    **THIS MATTER** is before the Court on William H. Baxter's Motion For Special Admission" filed July 28, 2005 by the Defendant. For the reasons set forth herein, the motion will be **GRANTED.**

    Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

    **SO ORDERED.**

Signed: July 18, 2005

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge